UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MERITAGE HOMES OF NEVADA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FNBN-RESCON I, LLC and STEARNS BANK, N.A., <br><br> Defendants. | 2:12-CV-01425-PMP-PAL <br><br><br> ORDER |

In light of the pending appeal in the related case, Meritage Homes of Nevada, Inc. v. Federal Deposit Insurance Corporation, 2:09-CV-01950-PMP-RJJ,

IT IS ORDERED that Defendants' Motion to Dismiss Plaintiff Meritage Homes of Nevada, Inc.'s Complaint (Doc. #18) and Plaintiff's Motion for Summary Judgment (Doc. #22) are hereby DENIED without prejudice to renew following a ruling by the United States Court of Appeals for the Ninth Circuit in Meritage Homes of Nevada, Inc. v. Federal Deposit Insurance Corporation, 2:09-CV-01950-PMP-RJJ.

IT IS FURTHER ORDERED that this action is hereby STAYED pending resolution of the appeal in Meritage Homes of Nevada, Inc. v. Federal Deposit Insurance Corporation, 2:09-CV-01950-PMP-RJJ.

DATED:  September 17, 2013

_____
PHILIP M. PRO
United States District Judge