UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MERITAGE HOMES OF NEVADA, INC.,

    Plaintiff,

v.

FNBN-RESCON I, LLC and STEARNS BANK, N.A.,

    Defendants.

2:12-CV-01425-PMP-PAL

ORDER

    In light of the pending appeal in the related case, <u>Meritage Homes of Nevada, Inc. v. Federal Deposit Insurance Corporation</u>, 2:09-CV-01950-PMP-RJJ,

    IT IS ORDERED that Defendants' Motion to Dismiss Plaintiff Meritage Homes of Nevada, Inc.'s Complaint (Doc. #18) and Plaintiff's Motion for Summary Judgment (Doc. #22) are hereby DENIED without prejudice to renew following a ruling by the United States Court of Appeals for the Ninth Circuit in <u>Meritage Homes of Nevada, Inc. v. Federal Deposit Insurance Corporation</u>, 2:09-CV-01950-PMP-RJJ.

    IT IS FURTHER ORDERED that this action is hereby STAYED pending resolution of the appeal in <u>Meritage Homes of Nevada, Inc. v. Federal Deposit Insurance Corporation</u>, 2:09-CV-01950-PMP-RJJ.

DATED: September 17, 2013

_____
PHILIP M. PRO
United States District Judge