UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MERITAGE HOMES OF NEVADA, INC., | ) ) ) | |
| Plaintiff, | ) ) | 2:12-CV-01425-PMP-PAL |
| v. | ) ) | |
| FNBN-RESCON I, LLC and STEARNS BANK, N.A., | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiff Meritage Homes of Nevada, Inc.'s Notice of Decision and Request for Status Conference (Doc. #35) is hereby GRANTED.

IT IS FURTHER ORDERED that counsel for the parties shall appear on Tuesday, May 13, 2014 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a status conference.

DATED: April 17, 2014

_____
PHILIP M. PRO
United States District Judge