UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MERITAGE HOMES OF NEVADA, INC., | Case No. 2:12-cv-01425-RFB-PAL |
| Plaintiff, | ORDER LIFTING STAY |
| v. | |
| FNBN-RESCON I, LLC AND STEARNS BANK N.A., | |
| Defendants. | |

On September 17, 2013, this Court stayed this action pending resolution of the appeal in Meritage Homes of Nevada, Inc. v. Federal Deposit Insurance Corporation, 2:09-CV-01950-PMP-RJJ.

That appeal is now resolved.  On April 15, 2014, the Ninth Circuit issued its Opinion, on June 10th, 2014, it issued its Mandate, and on June 11th, 2014, this Court ordered that the Mandate be spread up on the records of this Court.  Consequently,

**IT IS ORDERED** that the **STAY** on this action is hereby **LIFTED**.

**DATED** this 23rd day of September, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge